USDC SCAN INDEX SHEET











THOMAS

VISION POR CABLE DE

TLW
3:96-CV-00576
*7*
*M.*

| | |
|---|---|
| 1 | LATHAM & WATKINS |
|   |   Mark S. Pulliam (096957) |
| 2 |   Kenneth M. Fitzgerald (142505) |
|   | 701 "B" Street, Suite 2100 |
| 3 | San Diego, California  92101-8197 |
| 4 | Telephone:  (619) 236-1234 |
| 5 | Attorneys for Defendant |
|   | William Duhamel, Jr. |



UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN THOMAS, individually; and dba TELEVISTA, S.A. de C.V., | Case No. 960576 E CGA |
| Plaintiffs | NOTICE OF MOTION AND MOTION TO DISMISS BY DEFENDANT WILLIAM DUHAMEL, JR. |
| v. | |
| VISION por CABLE de MEXICO, S.A. de C.V.; T.V. por CABLE NACIONAL, S.A. de C.V.; TELECAB, S.A. de C.V.; BILL DUHAMEL, JR.; and DOES I through XX, inclusive, | DATE:  July 22, 1996
TIME:   10:30 a.m.
Courtroom 3 |
| Defendants. | Hon. William B. Enright |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD

PLEASE TAKE NOTICE that on July 22, 1996, in Courtroom 3 of the United States District Court for the Southern District of California, 940 Front Street, San Diego, California 92189, at 10:30 a.m., or as soon thereafter as the matter may be heard, defendant William E. Duhamel, Jr. will, and hereby does, move to dismiss the Complaint against him, and all claims for relief alleged therein, on the ground that the Complaint fails to state a claim for relief under Fed. R. Civ. P. 12(b)(6).

The Motion will be based on the instant Notice of

LATHAM & WATKINS
ATTORNEYS AT LAW
SAN DIEGO

t:\kfitzger\duhamel\dismiss.mtn

Motion and Motion, the Memorandum of Points and Authorities in support thereof, the Declaration of William Duhamel, Jr. and exhibit thereto, the arguments of counsel, and upon any other matter of which the Court may take notice.

DATED: June 10, 1996

Respectfully submitted,

LATHAM & WATKINS
Mark S. Pulliam
Kenneth M. Fitzgerald

By _____
Kenneth M. Fitzgerald
Attorneys for Defendant
William Duhamel, Jr.

| | |
|---|---|
| 1 | LATHAM & WATKINS |
|   |   Mark S. Pulliam (096957) |
| 2 |   Kenneth M. Fitzgerald (142505) |
|   | 701 "B" Street, Suite 2100 |
| 3 | San Diego, California  92101-8197 |
| 4 | Telephone:  (619) 236-1234 |
| 5 | Attorneys for Defendant |
|   | William Duhamel, Jr. |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN THOMAS, individually; and dba TELEVISTA, S.A. de C.V., | Case No. 960576 E CGA |
| Plaintiffs | PROOF OF SERVICE |
| v. | |
| VISION por CABLE de MEXICO, S.A. de C.V.; T.V. por CABLE NACIONAL, S.A. de C.V.; TELECAB, S.A. de C.V.; BILL DUHAMEL, JR.; and DOES I through XX, inclusive, | |
| Defendants. | |

I, Shelly Kern declare:

I am employed in the County of San Diego, State of California. I am over the age of 18 and not a party to the within cause. My business address is Latham & Watkins, 701 "B" Street, Suite 2100, San Diego, California 92101-8197.

I served the below listed document(s) described as:

1. NOTICE OF MOTION AND MOTION TO DISMISS BY DEFENDANT WILLIAM DUHAMEL, JR.

2. MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANT WILLIAM DUHAMEL JR.'S MOTION TO DISMISS

3. DECLARATION OF WILLIAM DUHAMEL JR. IN SUPPORT OF MOTION TO DISMISS

LATHAM & WATKINS
ATTORNEYS AT LAW
SAN DIEGO

t:\kfitzger\duhamel\dismiss.mtn

on June 10, 1996 on the following parties to this cause by mailing a copy of the above document(s) as follows:

    Can M. Sirin, Esq.
    GROSS & SIRIN
    401 West "A" Street, Ste. 1400
    San Diego, CA 92101

    Peter G. Friesen, Esq.
    656 Fifth Avenue, Ste. "F"
    San Diego, CA 92101

[X] I placed such envelope with postage thereon fully prepaid for deposit in the United States mail in accordance with the office practice of Latham & Watkins for collecting and processing correspondence for mailing with the United States Postal Service. I am familiar with the office practice of Latham & Watkins for collecting and processing correspondence for mailing with the United States Postal Service, which practice is that when correspondence is deposited with the Latham & Watkins personnel responsible for delivering correspondence to the United States Postal Service, such correspondence is delivered to the United States Postal Service that same day in the ordinary course of business.

[ ] (State) I declare under penalty of perjury that the above is true and correct.

[X] (Federal) I declare that I am employed in the office of a member of the Bar of or permitted to practice before this Court at whose direction the service was made.

Executed on June 10, 1996 at San Diego, California.

_Shelly Kern_          _(Signature)_
(Type or print name)