USDC SCAN INDEX SHEET







THOMAS

VISION POR CABLE DE

TLW
3:96-CV-00576
*9*
*DECL.*

```
LATHAM & WATKINS
  Mark S. Pulliam (096957)
  Kenneth M. Fitzgerald (142505)
701 "B" Street, Suite 2100
San Diego, California  92101-8197

Telephone:  (619) 236-1234

Attorneys for Defendant
William Duhamel, Jr.
```



UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN THOMAS, individually; and dba TELEVISTA, S.A. de C.V., <br><br>  Plaintiffs<br><br> v.<br><br>VISION por CABLE de MEXICO, S.A. de C.V.; T.V. por CABLE NACIONAL, S.A. de C.V.; TELECAB, S.A. de C.V.; BILL DUHAMEL, JR.; and DOES I through XX, inclusive,<br><br>  Defendants. | Case No. 960576 E CGA<br><br>DECLARATION OF WILLIAM DUHAMEL, JR. IN SUPPORT OF MOTION TO DISMISS |

I, William Duhamel, Jr. declare as follows:

1.  I am over the age of eighteen and competent to testify. I am one of the named defendants in this action. All of the facts set forth below are within my personal knowledge, to which I could and would testify competently if called upon to do so.

2.  Attached hereto as Exhibit A is a true and correct copy of the written contract between plaintiff John Thomas and Vision por Cable de Mexico, S.A. de C.V., which is referred to throughout plaintiff's Complaint.

LATHAM & WATKINS
ATTORNEYS AT LAW
SAN DIEGO

t:\kfitzger\duhamel\dismiss.dec

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 7th day of June, 1996 at San Francisco, California.

_____
William Duhamel, Jr.

LATHAM & WATKINS
ATTORNEYS AT LAW
SAN DIEGO

ALL-STATE LEGAL 800-222-0510 EDR1 RECYCLED

# SALES SERVICE CONTRACT

This contract date is ___ December of 1994 by and between Vision por Cable de Mexico, SA de CV, a Mexican corporation, ("Operator") and TeleVista, S.A. de C.V., a Mexican corporation ("Contractor").

## RECITALS

Operator operates cable television system in Mexico. Operator provides television reception, satellite-delivered programming services which are sold individually or in a tier, and premium programming services which are usually sold individually ("Service").

Operator desires to have Contractor market and sell Service to homes passed by certain of its cable television systems listed in Exhibit B ("Systems")

Contractor is a Mexican Corporation that provides cable television marketing and direct sales services. John Thomas, sole Administrator of Contractor, has substantial cable television sales and marketing experience.

Now, therefore, in consideration of the terms and provisions set forth in this Agreement, and for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, the parties agree as follows:

1. **Services.** Contractor agrees to perform sales services for Operator according to the terms and provisions contained herein. Operator shall divide its Systems in geographically defined areas ("Areas"), and shall periodically assign certain of these Areas to Contractor wherein Contractor shall market and sell Service to homes without Operator's service. Contractor shall assign one salesman to each defined Area. For a period specified by Operator (usually 2-3 weeks) or until Contractor successfully achieves sales goals set forth in Exhibit A, Contractor's employee, agent, or subcontractor shall actively market and sell service within this Area. Upon completion of marketing and sales activities within each Area, Operator may assign additional Area to Contractor. All Areas assigned to Contractor at a specific point in time shall collectively be referred to as the "Territory". Contractor may only earn commissions on sales made to homes located within Territory.

2. **Contractor's Duties.** Contractor shall promote and solicit sales of Service according to the following:

    (a) Contractor shall solicit subscriptions to the Service by door-to-door solicitations and by any other means agreed to by the parties;

    (b) Contractor shall distribute advertising and promotional materials as provided by Operator;

(c) Contractor shall collect the first month's service fee at the time of sale or a portion thereof as agreed between the parties, in which case the remaining difference shall be collected by Contractor within 5 days of install;

(d) For any consecutive 30 day period, Contractor shall main a minimum sales percentage and a minimum contact percentage as set forth in Exhibit A. These sales and contact percentages will vary between and Remarket and New Market Areas. A contact is an in-person conversation regarding the availability, nature and benefits of Service with either the primary wage earner, or his/her spouse, of a household. A "New Market" Area is defined as geographical area where initial activation of the cable plant within said area is activated after October 15, 1994 and where potential subscribers have not been contacted or otherwise solicited by means of any direct person to person contact prior to and during Contractor's door to door sales activity;

After making at least three attempts to contact a household, Contractor may leave a door hanger explaining the Service and requesting the resident to contact the Operator's office using a telephone number specified on the door hanger. Contractor shall provide, manage and train sales personnel to receive all incoming calls on the telephone lines corresponding to said telephone number. Contractor shall insure that the telephone performance on these inbound telephone lines shall meet Operator's performance standards:

| | |
|---|---|
| Average customer waiting time before operator answer: | less than 25 seconds, |
| Average time all lines busy: | less than 5 % |
| Percentage of call answered without intervention of automated call sequencer (after 2 rings): | at least 50% |

To meet such standards, Contractor shall maintain adequate numbers of staff and telephone lines.

Contractor may take an order for Service or schedule a subsequent sales appointment with a caller. Contractor shall obtain the first months service fee and a signed sales order from all completed sales before Operator will schedule an installation appointment. Contractor shall earn a commission for any installed sales resulting from said inbound telephone calls if the corresponding home is located within the Territory at the time of the sale.

(e) Contractor will provide operator with a finalized "Street Sheet" for each Area upon completion of marketing activities within Area. The finalized Street Sheet will include, by Area and salesman, a list of inactive homes assigned which notes all marketing activities completed by Contractor in Area. Next to each home, Contractor shall mark whether the home was contacted, the number of attempts made to contact the home, whether Contractor collected the first month's payment and signed sales contract, and whether an installation was completed at the home. This report shall include calculations of the following ratios: sales to inactive assigned homes, installations to inactive assigned homes, contacts to inactive assigned homes, sales to contacts, and installation to sales.

At any time prior to completion of marketing activities within an Area, Operator may request preliminary Street Sheets which show the interim status of the marketing activities within Area.

(f) Contractor will provide Operator with weekly reports that summarize, by Area and salesman, all Areas finalized during that week. Based upon the corresponding finalized Street Sheets, Contractor shall summarize the number of inactive homes assigned, the number of homes contacted, the number of sales, and the number of completed installations. This report shall include calculations of the following ratios: sales to inactive assigned homes, contacts to inactive assigned homes, sales to contacts, and installations to sales. In addition, this report shall indicate, by salesman and Area, the number of inactive homes assigned in unfinalized Areas. This report ("Sales Summary Report") shall include these statistics on both a weekly and a cumulative year-to-date basis.

(g) Contractor will attempt to collect all bad debts from customers. Operator shall use its best efforts to provide Contractor with a list of bad debt accounts ("Bad Debt List") which sets forth for each bad debt the name of the debtor, last known address, date of disconnection of service, and amounts owed. Contractor shall receive that portion of the collected debt as set forth in Exhibit A.

Sales to any home wherein any resident has an outstanding debt to Operator that was not included on the Bad Debt List shall be invoiced at fifty percent (50%) of the earned commission as set forth in Exhibit A. Operator may give Contractor the name and amount owed corresponding to said home, and Contractor shall attempt to collect this debt. After collecting the debt, Contractor may complete the sale by collecting a signed sales contract and payment for the first month's service; Contractor can thus earn the remaining 50% of the commission. In addition, Contractor shall receive the commission for bad debt collection as set forth in Exhibit A. All homes owing a debt to Operator that Contractor discovers shall be marked on the weekly Territory Report.

(h) All work performed by Contractor shall be according to all applicable federal, state, and local laws and regulations. Contractor shall obtain necessary government consents and permits and copies of applicable laws and regulations. Contractor shall insure that Contractor's employees and subcontractors are familiar and comply with applicable laws and regulations.

(i) Contractor, and its employees and subcontractors, shall conform to Operator's procedures and standards. Operator can amend these procedures and standards periodically.

(j) Contractor shall insure that its employees and subcontractors present a neat appearance and project a good public image at all times. Contractor shall provide all of its sales agent, employees, and subcontractors with uniforms approved by Operator. These uniforms shall be worn by these agents, employees, and subcontractors while working.

(k) Contractor shall obtain a signed service contract and collect payment for the first month of service, including value added or other excise tax, for all sales orders submitted to

Operator. In addition, Contractor shall verify the identity of the individual contracting the Service by inspecting personal identification with a photograph. Contractor shall write the serial number of said identification on the completed sales order.

(l) Contractor shall not approach, contract, nor hire any of Operator's employees without first obtaining the written permission of Operator. This prohibition shall remain in effect six months following the termination of employment of said person by Operator.

(m) Contractor will endeavor to locate homes receiving Service without authorization. If Contractor identifies such a home, Contractor may attempt to place the home on Operator's billing system as a paying, authorized customer by completing the steps described in 2(c) above. The completion of these steps will constitute a sale and contractor shall earn a commission at time of installation of said home.

Contractor will immediately notify Operator of any detected homes that are receiving Service without authorization, regardless of whether it successfully places the home on authorized status

(n) Contractor shall fulfill Operator's requests as outlined in 3(e) below as quickly as practical, but no later than 60 days after receipt of said request.

3. **Operator's Duties.** Operator agrees to provide the following:

(a) Weekly, Operator shall review Territory and add new areas to or delete completed areas from Territory.

(b) Operator shall provide, to the best of its ability, current lists of active and inactive homes within all Territories assigned to Contractor. Operator shall update these lists weekly or at Contractor's request. In some instances, Operator may be unable to provide complete lists, and in such cases Operator may supplement these lists with maps that show active and inactive homes within the Territory or any area therein.

(c) Operator shall provide Contractor with adequate office space and personnel to write work orders, generate street sheets, verify accounts, and schedule and perform installations. Operator shall also provide Contractor with inbound telephone lines, computer terminals to access customer and scheduling information, and training in order to receive and process inbound sales orders generated in accordance with section 2(d).

(d) Operator shall provide Contractor with sales orders, channel cards, system maps, city directories, and identification badges. However, said identification badges shall state that Contractor is not an agent of Operator, nor shall the issuance of said badges imply an agency relationship. Operator shall assist Contractor in obtaining all permits and licenses required by federal, state or city laws ands regulations, and shall reimburse Contractor for all direct, reasonable expenses connected therewith.

(e) If Operator wishes to add additional cable systems to Exhibit B or wishes Contractor to increase its number of sales representatives within the Systems, Operator shall make a written request to Contractor. Contractor shall comply with this request within 60 days.

(f) Contractor may use Incentive Offers to potential subscribers as a part of its sales efforts. These incentive offers are set forth in Exhibit C and are subject to mutual agreement by Operator and Contractor.

(g) Operator shall not approach, contact, or hire any person working for Contractor pursuant to this agreement, whether an employee, agent, or representative of Contractor, during the term of this agreement and six months thereafter, unless Contractor agrees to the same in writing.

4. **Commissions.** Operator shall pay Contractor for services provided in accordance with Exhibit A. Contractor shall earn sales commissions when Service is installed at a home from which Contractor has collected a signed service contract and payment for the first month of service. Contractor shall earn bad debt collection commissions when Operator receives the amounts corresponding to the bad debts collected by Contractor. Operator shall make billing and installation reports available to Contractor in timely manner. Each week, Contractor shall use this data to prepare the Sales Summary Report. This Sales Summary, together copies of signed sales orders corresponding to installed customers, shall be submitted to Operator with an invoice. The invoice will be denominated in Mexican pesos, and shall be accompanied by the copies of the signed sales orders, each of which shall bear the customer account number assigned to the home.

Operator shall enter into its billing system a salesman number corresponding to the appropriate salesman at the time of the sales order is entered into the billing system.

Operator shall remit payment to Contractor within fifteen (15) days from receipt of invoice. Contractor may elect to receive payment in either Mexican pesos or United States of America dollars. If payment is made in United States of America dollars, any foreign exchange commissions shall be subtracted from the payment and the net amount shall be paid to the Contractor.

5. **Term.** The term of this agreement shall commence on 29 December 1994 and will expire either on the completion of contacting seventy-five percent (75%) of all inactive residences within the Systems that are passed by cable or 31 October 1995, whichever occurs first. If either party breaches any of the terms, covenants, or conditions of this agreement and such breach is no cured within thirty (30) days of receiving notice from the other party, the non-breaching party may terminate this agreement without further notice.

Notwithstanding anything herein to the contrary, this contract may immediately be terminated by Operator if John Thomas no longer has direct management responsibility for Contractor's provision of the sales services as defined herein.

6.  **Independent Contractor** Contractor is an independent contractor. No agent, employee, servant, or subcontractor of Contractor shall be deemed to be an agent, employee, servant, or subcontractor of Operator. Operator shall not be responsible for any of Contractor's expenses, including, but not limited to, commissions, bonuses, overrides, benefits, wages, or payroll or withholding taxes, which arise out of Contractor's performance of services as set forth herein. Contractor shall be solely and entirely responsible for its acts and the acts of its agents, employees, servants, and subcontractors.

7.  **Indemnification.** Contractor agrees to protect, defend, indemnify, and hold harmless Operator from and against any and all actions, causes of action, claims, demands, judgments, expenses, liabilities, damages, costs and attorney's fees in any way connected with, arising out of or occurring because of Contractor's performance of this agreement.

8.  **Severability.** If one or more of the provisions of this Agreement is found to be invalid, illegal, or unenforceable in any respect, the validity, legality, and enforceability of the remaining provision shall not be affected or impaired in any way.

9.  **Choice of Law.** The Agreement shall be construed and enforced according to the laws of the state of Delaware of the United States of America.

10. **Entire Agreement.** This Agreement constitutes the entire agreement between the parties and replaces and supersedes all prior agreements between them, whether written or verbal. This Agreement may be modified only by a written and duly signed instrument between the parties.

11. **Confidentiality** All information regarding Operator's customers, homes passed, sales contacts, construction, operations, marketing plans or other sales information is confidential and when gained from any source it shall be held by Contractor in the strictest confidence and not revealed to any third party. Contractor will assure that its employees, agents, subcontractors, and servants maintain this confidentiality.

12. **Mexican Government Tax Withholding Requirements.** The Mexican Government may require Operator to withhold a portion of payment to Contractor. Contractor hereby acknowledges that it is knowledgeable about such possible requirements and, if required, that such withholdings will be deducted from Operator's payment to Contractor.

13. **Exclusivity.**

    (a) During the initial term of this agreement, Operator agrees not to use any other third-party, commissioned, door-to-door sales contractor within the area encompassed by the Systems listed in Exhibit B, unless Operator first obtains the written permission of Contractor. This clause shall not preclude Operator from temporarily contracting direct sales services from a third party for up to 90 days if a third party can respond to a request from Operator more quickly than Contractor is able to respond to said request.

(b) For the term of this Agreement and for six months thereafter, Contractor agrees not to work for any other provider of multichannel video entertainment within the Systems defined in Exhibit B, unless Contractor first obtains written permission from Operator.

14. **Exhibits.** Exhibit A, B, and C are integral to this agreement and are incorporated herein.

15. **Relocated Expenses.** Operator shall reimburse Contractor N$5,000 (Five Thousand Mexican Pesos) for the reasonable relocation expenses of John Thomas.

16. **Assignability.** This agreement may not be assigned by Contractor without the prior written consent of Operator, which consent will not be unreasonably withheld. Subject to the provisions hereof, this Agreement shall be binding upon the parties hereto, and will inure to the benefit of their respective legal representatives, successors, and assigns.

17. **Notice.** All notices shall be validly given or served if in writing and delivered personally or sent by certified mail, return receipt requested, postage prepaid to the following addresses:

If to Operator:

>Director Regional
>Visión por Cable de México, SA de CV
>
>Tijuana, Baja California Norte
>México

with a copy to:

>Director Ejecutivo
>Telecab, SA de CV
>Sevilla 4, 5 Piso
>Col. Juárez
>06600 México, D.F.
>México

If to Contractor:

>Administrador Unico
>TeleVista, SA de CV
>Calle Duna 1275
>San Antonio del Mar
>Playas de Rosarito, B.C.

**IN WITNESS WHEREOF**, the parties have executed this contract to be effective as of the date first above written.

| TeleVista, SA de CV | VISION POR CABLE DE MEXICO, SA de CV |
|---|---|
| ATTEST: _[signature]_ | ATTEST: _[signature]_ |
| Title: administrador Unico | Title: MANAGER |
| ATTEST: | ATTEST: _[signature]_ |
| Title: | Title: Director Ejecutivo, Telecab, S.A. De C.V. |

## Appendix A

## Schedule of Minimum Sales Performance Benchmarks and Commissions

### Minimum Sales Performance Benchmarks

|  | Remarket | New Market |
|---|---|---|
| Contacted Homes as a Percent of Inactive Homes | 75% | 80% |
| Commissioned Sales as a Percent of Inactive Homes | 12% | 35% |

### Sales Commissions
(% of Customer's Full Monthly Rate, less any Promotional Discounts on Basic or Tier Service of More than Five Months' Duration)

|  | Remarket | New Market |
|---|---|---|
| Basic Service | 175% | 100% |
| Tier Service | 175% | 100% |
| Additional Outlets | 175% | 125% |
| 1st and 2nd Premiums | 125% | 75% |
| Additional Premiums | 5% | 5% |

### Bad Debt Collection

25% of Amount Collected

### Production Incentive

Contractor shall earn a (20%) twenty percent (of First Monthly Payment, as defined above) Bonus Commission in Finalized Area where:

a) Contractor achieves a ratio of Commissioned Sales of both Basic and Tier Services to Total Assigned Inactive Homes of at least 50% (fifty percent); and

b) At least 70% (seventy percent) of the customers for which Contractor earned a commission continuously remain customers of Operator and are not more than 25 days delinquent in payment at the six month anniversary of the finalization of marketing efforts in Area.

This Bonus Commission shall be applicable only to customers who remain active and who are not more than 25 days delinquent in payment as of the six month anniversary of finalization of said marketing efforts.

# Exhibit B

## Systems to be included within the scope of this contract:

Tijuana, Baja California Norte

### Exhibit C

### Incentive Offers

Free Installation for Customers who take both Basic and Tier Service
75% Installation Discount for Customers who take only Basic Service