USDC SCAN INDEX SHEET











THOMAS

VISION POR CABLE DE

TB
3:96-CV-00576
*10*
*AMDM.*

| | |
|---|---|
| 1 | LATHAM & WATKINS |
|   |   Mark S. Pulliam (096957) |
| 2 |   Kenneth M. Fitzgerald (142505) |
|   | 701 "B" Street, Suite 2100 |
| 3 | San Diego, California  92101-8197 |
| 4 | Telephone:  (619) 236-1234 |
| 5 | Attorneys for Defendant |
|   | William Duhamel, Jr. |



FILED
JUN 11 1996
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ Bancroft

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN THOMAS, individually; and dba TELEVISTA, S.A. de C.V., | Case No. 960576 E CGA |
| Plaintiffs | **AMENDED** NOTICE OF MOTION AND MOTION TO DISMISS BY DEFENDANT WILLIAM DUHAMEL, JR. |
| v. | |
| VISION por CABLE de MEXICO, S.A. de C.V.; T.V. por CABLE NACIONAL, S.A. de C.V.; TELECAB, S.A. de C.V.; BILL DUHAMEL, JR.; and DOES I through XX, inclusive, | |
| Defendants. | DATE: **September 3, 1996**<br>TIME: 10:30 a.m.<br>Courtroom 3<br>Hon. William B. Enright |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD

PLEASE TAKE NOTICE that on **September 3, 1996**, in Courtroom 3 of the United States District Court for the Southern District of California, 940 Front Street, San Diego, California 92189, at 10:30 a.m., or as soon thereafter as the matter may be heard, defendant William E. Duhamel, Jr. will, and hereby does, move to dismiss the Complaint against him, and all claims for relief alleged therein, on the ground that the Complaint fails to state a claim for relief under Fed. R. Civ. P. 12(b)(6).

The Motion will be based on the instant Notice of Motion and Motion, the Memorandum of Points and Authorities in support thereof, the Declaration of William Duhamel, Jr. and exhibit thereto, the arguments of counsel, and upon any other matter of which the Court may take notice.

DATED: June 11, 1996

Respectfully submitted,

LATHAM & WATKINS
Mark S. Pulliam
Kenneth M. Fitzgerald

By _____
Kenneth M. Fitzgerald
Attorneys for Defendant
William Duhamel, Jr.

LATHAM & WATKINS
ATTORNEYS AT LAW
SAN DIEGO

t:\kfitzger\duhamel\dismiss.mtn

2

```
LATHAM & WATKINS
  Mark S. Pulliam (096957)
  Kenneth M. Fitzgerald (142505)
701 "B" Street, Suite 2100
San Diego, California 92101-8197

Telephone: (619) 236-1234

Attorneys for Defendant
William Duhamel, Jr.
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN THOMAS, individually; and dba TELEVISTA, S.A. de C.V.,<br><br>Plaintiffs<br><br>v.<br><br>VISION por CABLE de MEXICO, S.A. de C.V.; T.V. por CABLE NACIONAL, S.A. de C.V.; TELECAB, S.A. de C.V.; BILL DUHAMEL, JR.; and DOES I through XX, inclusive,<br><br>Defendants. | Case No. 960576 E CGA<br><br>PROOF OF SERVICE |

I, Shelly Kern declare:

I am employed in the County of San Diego, State of California. I am over the age of 18 and not a party to the within cause. My business address is Latham & Watkins, 701 "B" Street, Suite 2100, San Diego, California 92101-8197.

I served the below listed document(s) described as:

1. **AMENDED** NOTICE OF MOTION AND MOTION TO DISMISS BY DEFENDANT WILLIAM DUHAMEL, JR.

on June 11, 1996 on the following parties to this cause by mailing a copy of the above document(s) as follows:

```
Can M. Sirin, Esq.
GROSS & SIRIN
401 West "A" Street, Ste. 1400
San Diego, CA 92101
```

1  Peter G. Friesen, Esq.
   656 Fifth Avenue, Ste. "F"
2  San Diego, CA 92101

3  [X]  I placed such envelope with postage thereon fully prepaid
   for deposit in the United States mail in accordance with the
4  office practice of Latham & Watkins for collecting and processing
   correspondence for mailing with the United States Postal Service.
5  I am familiar with the office practice of Latham & Watkins for
   collecting and processing correspondence for mailing with the
6  United States Postal Service, which practice is that when
   correspondence is deposited with the Latham & Watkins personnel
7  responsible for delivering correspondence to the United States
   Postal Service, such correspondence is delivered to the United
8  States Postal Service that same day in the ordinary course of
   business.

9  
   ☐        (State)   I declare under penalty of perjury that the
10 above is true and correct.

11 [X]        (Federal)  I declare that I am employed in the office
   of a member of the Bar of or permitted to practice before this
12 Court at whose direction the service was made.

13 Executed on June 11, 1996 at San Diego, California.

14 
    Shelly Kern                          _____
15      (Type or print name)                   (Signature)

16