USDC SCAN INDEX SHEET











THOMAS

VISION POR CABLE DE

ACR
3:96-CV-00576
*22*
*CLKJGM.*

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

FILED  SEP 27 1996  CLERK, U.S. DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA  BY _____ DEPUTY

John Thomas, et al.

V.

Vision por Cable de Mexico, et al.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER:    CV 96-0576-E(CGA)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the defendant's motion to dismiss for failure to state a claim [7-1] is **granted**; and the motion to dismiss for lack of personal jurisdiction [2-1] is **granted**. The alternative motion for dismssal on forum non conveniens and the motion to strike the declaration are **denied as moot**.


September 28, 1996                                  Roberta Westdal
_____                            _____
Date                                                     Clerk

                                                Alexander Ramos
                                                _____
                                                (By) Deputy Clerk

                                                ENTERED ON September 28, 1996