USDC SCAN INDEX SHEET



THOMAS


VISION POR CABLE DE



PA    4/16/98    15:12

3:96-CV-00576

*30*

*APPJGM.*

JUDGMENT

=====================================================================

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

- - - - - - - - - - - - - -

FILED

MAR 3 0 1998

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

NO. 96-56608
CT/AG#: CV-96-00576-WBE

JOHN THOMAS, individually; and dba TELEVISTA, S.A. de C.V.

       Plaintiff - Appellant

v.

VISION POR CABLE DE MEXICO, S.A. DE C.V.; TV POR CABLE
NACIONAL, S.A. DE C.V.; TELECAB, S.A. DE C.V.; BILL DUHAMEL,
JR.; DOES 1-20;

       Defendants - Appellees

- - - - - - - - - - - - - - - - - - -

APPEAL FROM the United States District Court for the
Southern District of California (San Diego) .

THIS CAUSE came on to be heard on the Transcript of the
Record from the United States District Court for the
Southern District of California (San Diego)
and was duly submitted.

ON CONSIDERATION WHEREOF, It is now here ordered and
adjudged by this Court, that the judgment of the said
District Court in this cause be, and hereby is AFFIRMED.

Filed and entered       February 11, 1998

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

MAR 0 5 1998

by_____
Deputy Clerk

ENTERED ON 4/16/98

30

ORIGINAL

NOT FOR PUBLICATION

**FILED**

**FEB 1 1 1998**

IN THE UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

JOHN THOMAS, individually; and )
dba TELEVISTA, S.A. DE C.V., )
                                ) No. 96-56608
       Plaintiff - Appellant, )
                                ) D.C. No. CV-96-00576-WBE
    v. )
                                )
VISION POR CABLE DE MEXICO, S.A. ) MEMORANDUM[*]
DE C.V.; TV POR CABLE NACIONAL, )
S.A. DE C.V.; TELECAB, S.A. DE )
C.V.; BILL DUHAMEL, JR.; DOES 1-20;)
                                )
       Defendants - Appellees. )
                                )

Appeal from the United States District Court
for the Southern District of California
William B. Enright, District Judge, Presiding

Argued and Submitted February 4, 1998
Pasadena, California

Before: WALLACE, TROTT and HAWKINS, Circuit Judges.

John Thomas appeals the district court's judgment dismissing his diversity action against Bill Duhamel, Vision por Cable de Mexico ("Vision por Cable") and two related Mexican corporations alleging that Duhamel induced him to quit his job in Chicago and move to Mexico to work for Vision por Cable. We affirm.

In his opening brief, Thomas fails to raise the district court's dismissal of Thomas' claims against Vision por Cable and the other two corporations for lack of jurisdiction. Further, Thomas does not challenge the district court's holdings that: (1)

---

[*] This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36-3.

Duhamel could not be liable for breach of contract (as he was not a party to that contract); (2) Duhamel could not be liable for the breach of the implied covenant of good faith and fair dealing; and (3) there were insufficient factual allegations to support a piercing of the corporate veil and imposing individual liability on Duhamel. Because Thomas has not raised these issues in his opening brief, he has waived them on appeal. <u>See</u> <u>Bowen v. Oistead</u>, 125 F.3d 800, 806 (9th Cir. 1997).

Thomas appears to argue a claim of implied warranty of authority. Because he did not raise this issue in the district court, he has waived it on appeal. <u>See</u> <u>United States v. Chee</u>, 110 F.3d 1489, 1492 (9th Cir. 1997).

Turning to those issues properly raised before this court, Thomas cannot sustain his claim for tortious denial of the existence of a contract because California recognizes no such cause of action. <u>See</u> <u>Freeman and Mills, Inc. v. Belcher Oil. Co.</u>, 900 P.2d 669, 679-80 (Cal. 1995). Likewise, Thomas has not properly alleged a fraud claim against Duhamel. Thomas's claim of promissory fraud is based on pre-contractual promises which contradict the terms of a fully integrated written contract. As such, this claim is barred by the parol evidence rule. <u>See</u> <u>Brinderson-Newberg Joint Venture v. Pacific Erectors, Inc.</u>, 971 F.2d 272, 276 (9th Cir. 1992); <u>Alling v. Universal Mfg. Corp.</u>, 7 Cal. Rptr. 2d 718, 733-35 (Cal. Ct. App. 1992).

AFFIRMED.

INTERNAL USE ONLY: Proceedings include all events.
96-56608 Thomas v. Vision por Cable, de, et al

JOHN THOMAS, individually; and          Peter G. Friesen
dba TELEVISTA, S.A. de C.V.             619-687-3888
      Plaintiff - Appellant            Ste. E
                                       [COR LD NTC ret]
                                       656 Fifth Ave.
                                       San Diego, CA 92101

                                       Can Mithat Sirin, Esq.
                                       (619) 237-5161
                                       Suite B-2
                                       [COR LD NTC ret]
                                       614 Fifth Avenue
                                       San Diego, CA 92101


      v.

VISION POR CABLE DE MEXICO,             Charles A. Bird, Esq.
S.A. DE C.V.                            619/236-1414
      Defendant - Appellee             Suite 2600
                                       [COR LD NTC ret]
                                       LUCE, FORWARD, HAMILTON &
                                       SCRIPPS
                                       600 West Broadway
                                       Ste. 2600
                                       San Diego, CA 92101-3391
                                       619/236-1414

TV POR CABLE NACIONAL, S.A. DE          Charles A. Bird, Esq.
C.V.                                    (See above)
      Defendant - Appellee             [COR LD NTC ret]

TELECAB, S.A. DE C.V.                   Charles A. Bird, Esq.
      Defendant - Appellee             (See above)
                                       [COR LD NTC ret]

BILL DUHAMEL, JR.                       Mark S. Pulliam, Esq.
      Defendant - Appellee             [COR LD ret]
                                       Kenneth M. Fitzgerald, Esq.
                                       619/236-1234
                                       [COR LD NTC ret]
                                       LATHAM & WATKINS
                                       701 B Street
                                       San Diego, CA 92101-8197

DOES 1-20
      Defendant

Docket as of March 6, 1998 0:31 am                    Page 2     NON-PUBLIC